# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD PAUL HARRIS,**

    Plaintiff,

  v.                                         Case No. 18-CV-1994

**CO ENGEL and CO ROEDER,**

    Defendants.

## ORDER

The plaintiff, Richard Paul Harris, filed a civil rights complaint under 42 U.S.C. § 1983. On February 19, 2020, U.S. District Judge William Griesbach screened the complaint and allowed Harris to proceed on a claim that defendants CO Engel and CO Roeden used excessive force on him when he was confined at the Waushara County Jail. (Docket # 11.) The parties have consented to United States magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c) and General Local Rule 73 (E.D. Wis.). The defendants' motion to compel discovery responses is before the court. (Docket # 20.)

The defendants move for an order compelling Harris to respond to Defendants' First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents. They mailed the discovery requests to Harris on May 27, 2020 and sent a follow up letter to Harris on July 6, 2020. The defendants have not received any response to the discovery requests. In addition, Harris has not responded to the

defendants' motion to compel. The court will therefore grant the defendants' motion to compel discovery responses and direct Harris to respond to the defendants' discovery requests by September 10, 2020. Harris is advised that if he does not respond to the defendants' discovery requests by September 10, 2020, this case may be dismissed. *See* Fed. R. Civ. P. 37(b)(2)(v).

The defendants request that the court award them costs and fees incurred in bringing this motion. *See* Fed. R. Civ. P. 37(a)(5)(A). The court will direct the defendants to submit to the court proposed costs and fees by September 1, 2020.

**THEREFORE, IT IS ORDERED** that the defendants' motion to compel discovery responses (Docket # 20) is **GRANTED**. Harris shall respond to the defendants' discovery requests by **September 10, 2020**.

**IT IS FURTHER ORDERED** that the defendants may submit to the court proposed costs and fees incurred in bring their motion to compel by **September 1, 2020**. Harris will then have until **September 15, 2020**, to respond to the defendants' submission.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2020.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge