# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**RICHARD PAUL HARRIS,**

    Plaintiff,

  v.                                                          Case No. 18-CV-1994

**CO ENGEL and CO ROEDER,**

    Defendants.

## ORDER

On August 12, 2020, I granted the defendants' motion to compel and ordered that the defendants could submit proposed costs and fees incurred in bringing their motion to compel by September 1, 2020, and that Harris would have until September 15, 2020 to respond. (Docket #25.) Counsel for defendants timely submitted a declaration requesting $223.00 as costs and fees. (Docket #26.) Harris has not responded to the declaration.

**THEREFORE, IT IS ORDERED** that the defendants' motion for costs and fees (ECF No. 20) is **GRANTED**. The defendants shall be awarded costs and fees in the amount of $223.00 for bringing their July 16, 2020 motion to compel.

Dated at Milwaukee, Wisconsin, this 29th day of September, 2020.

                                                              **BY THE COURT:**

                                                              s/*Nancy Joseph*
                                                              NANCY JOSEPH
                                                              United States Magistrate Judge